1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DEBORAH C. EVI,                           No.  2:24-cv-00319 AC PS

12              Plaintiff,

13         v.                                   ORDER

14    COMMISSIONER OF SOCIAL
      SECURITY,
15
                Defendant.
16

17

18         On January 25, 2024, plaintiff filed this social security case in pro se.  ECF No. 1.  A

19    scheduling order was issued on January 31, 2024.  ECF No. 4.  Defendant filed the

20    Administrative Record on April 1, 2024.  ECF No. 8.  Pursuant to the scheduling order, plaintiff

21    was required to file her form regarding consent/decline of magistrate judge jurisdiction no later

22    than April 24, 2024.  Plaintiff's opening brief for summary judgment was due on May 1, 2024.

23    Plaintiff has not filed either of these documents and has not taken any action in this case since

24    filing the complaint.

25         Good cause appearing, plaintiff is ORDERED to show cause, in writing, no later than

26    June 20, 2024, why her failure to file a motion for summary judgment should not result in a

27    recommendation that this case be dismissed for failure to prosecute.  Plaintiff is further instructed

28    to file her consent/decline form by that date.  The filing of a motion for summary judgment within

1   this timeframe will serve as cause and will discharge this order.  If plaintiff fails to respond, the

2   court will recommend dismissal of this case pursuant to Local Civil Rule 110.

3   DATED: May 20, 2024

4

5   ALLISON CLAIRE
    UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28