UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH C. EVI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No. 2:24-cv-00319 AC PS<br><br><br>ORDER |

On January 25, 2024, plaintiff filed this social security case in pro se. ECF No. 1. A scheduling order was issued on January 31, 2024. ECF No. 4. Defendant filed the Administrative Record on April 1, 2024. ECF No. 8. Pursuant to the scheduling order, plaintiff was required to file her form regarding consent/decline of magistrate judge jurisdiction no later than April 24, 2024. Plaintiff did not timely file her opening brief for summary judgment, and on May 20, 2024, the undersigned issued an order to show cause why the case should not be dismissed for failure to prosecute, noting that plaintiff's filing of a motion for summary judgment would serve as cause and discharge the order. ECF No. 9.

On June 17, 2024, plaintiff filed a timely response to the order to show cause. ECF No. 10. The response contains substantive argument regarding her disability and related application for Social Security benefits and is hereby construed as plaintiff's motion for summary judgment.

1  The Clerk of Court is DIRECTED to update the docket accordingly. The Commissioner's time to
2  respond to plaintiff's motion for summary judgment shall run from the date of this order.
3  DATED: June 20, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE