1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DEBORAH CONSTANCE EVI,                    No. 2:24-cv-00319-DC-AC (SS)

12              Plaintiff,                      ORDER ADOPTING FINDINGS AND
                                                RECOMMENDATIONS
13        v.
                                                (Doc. No. 16)
14   COMMISSIONER OF SOCIAL
     SECURITY,
15
                Defendant.
16

17          Plaintiff Deborah Constance Evi, an individual proceeding *pro se* and *in forma pauperis*,

18   brought this action seeking judicial review of the Commissioner of Social Security's final

19   decision denying disability benefits pursuant to the Social Security Act. (Doc. No. 1.) The matter

20   was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local

21   Rule 302.

22          On December 19, 2024, the magistrate judge issued findings and recommendations that

23   Plaintiff's motion for summary judgment be denied (Doc. No. 10), Defendant's cross-motion for

24   summary judgment be granted (Doc. No. 13), and judgment be entered in favor of Defendant and

25   against Plaintiff. (Doc. No. 16 at 10–11.) The magistrate judge found Plaintiff failed to identify

26   any specific legal error, the administrative law judge (ALJ) did not err at step two of the five-step

27   sequential evaluation process to determine whether an applicant is disabled and entitled to

28   benefits, and the ALJ's decision was supported by substantial evidence. (*Id*. at 6–10.)

                                               1

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within twenty-one (21) days after service. (*Id.* at 11.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1.     The findings and recommendations issued on December 19, 2024 (Doc. No. 16) are ADOPTED in full;

2.     Plaintiff's motion for summary judgment (Doc. No. 10) is DENIED;

3.     Defendant's cross-motion for summary judgment (Doc. No. 13) is GRANTED;

4.     The Commissioner of Social Security's final decision is AFFIRMED;

5.     The Clerk of the Court is directed to enter judgment in favor of Defendant Commissioner of Social Security and against Plaintiff Deborah Constance Evi; and

6.     The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:     **February 3, 2025**

Dena Coggins
United States District Judge

2